JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVY ROUSSEAU, an individual, | ) CASE NO.: 2:18−cv−07293−RGK−GJS |
| Plaintiff, | ) |
| | ) ORDER |
| vs. | ) |
| | ) |
| UNIFY FINANCIAL CREDIT UNION, | ) |
| a federal credit union; EXPERIAN | ) |
| INFORMATION SOLUTIONS, INC., | ) |
| an Ohio Corporation; and DOES 1 | ) |
| through 10, inclusive, | ) |
| | ) |
| Defendants. | ) |

**TO ALL PARTIES AND THEIR COUNSEL HEREIN:**

**PLEASE TAKE NOTICE** that based upon the stipulation of the parties, with good cause show, IT IS ORDERED that this entire action is hereby dismissed with prejudice, the parties bearing their own fees and costs.

IT IS SO ORDERED.


DATED:   7-10-19

By: _____

JUDGE OF THE U.S. DISTRICT COURT